IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:   J.M. PRODUCTS, INC.      )      Case No. 4:09-BK-12828
         Debtor                    )                   Chapter 7

ALEX D. MOGLIA, TRUSTEE                                    PLAINTIFF

VS.                    Case No. 4:10-ap-01266

TRICORBRAUN, INC.                                          DEFENDANT

### NOTICE OF SETTLEMENT APPROVAL

PLEASE TAKE NOTICE that Alex Moglia, not individually but solely as the Chapter 7 trustee ("Trustee") for the bankruptcy estate of J.M. Products, Inc. (the "Debtor"), in connection with the filing of a Motion for Approval of Settlement and Compromise with, and among others, Tricorbraun, Inc. and Notice of Opportunity to Object filed April 8, 2011 [Doc. No. 562] (the "Motion") whereby the Trustee has settled preferential transfer claims against the Defendant.

An Order Approving the Motion was entered May 6, 2011 [Doc No. 572, Para. 6] (the "Order").

Dated this 16th day of May, 2011.

                Respectfully submitted,

                KEECH LAW FIRM, PA
                4800 West Commercial Drive
                North Little Rock, AR 72116
                501.221.3200 (telephone)
                501.221.3201 (fax)

By:    /s/ Kevin P. Keech_____
        Kevin P. Keech
        Ark. Bar No. 98147
        kkeech@keechlawfirm.com
        *Attorneys for Chapter 7 Trustee*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was sent via the Court's ECF System on the 16th day of May, 2011, to the following:

U.S. Trustee (ust)
USTPRegion13.LR.ECF@usdoj.gov,
Shari.Sherman@usdoj.gov;Joyce.N.Talley@usdoj.gov;Cecilia.A.Boyle@usdoj.gov

And via U.S. Mail to:

Gary L. Vincent
HUSCH BLACKWELL LLP
1900 Carondelet Plaza, Suite 600
St. Louis, MO 63105
*Attorney for Tricorbraun, Inc.*

                                                      */s/ Kevin P. Keech*_____
                                                      Kevin P. Keech